No. 04A336. GREEN v. HARRIS COUNTY DISTRICT ATTORNEY'S OFFICE ET AL. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. 03–9823 (04A317). GREEN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITU-TIONS DIVISION, *ante*, p. 823. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for rehearing denied.

OCTOBER 27, 2004

No. 04A284. PHILIP MORRIS USA INC. v. HENLEY. Ct. App. Cal., 1st App. Dist. Application for stay of remittitur, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted pending the timely filing and disposition of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court.

NOVEMBER 1, 2004

No. 04–5574. JORDAN v. OHIO. Sup. Ct. Ohio. Certiorari dismissed as moot.

No. 04A208. SEARLES v. BOARD OF EDUCATION OF CHICAGO ET AL. C. A. 7th Cir. Application for injunctive relief, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. 04A229. ANKERMAN v. CONNECTICUT. App. Ct. Conn. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.